·JOHN SMITH v. M. D. DEWIRE, No. 4525.— ANDREW WEIBERG v. J. W. COX, No. 4581.— JOHN SPENCER v. CHARLES ENGLEHART, No. 4583.— ANDREW OLSON v. H. W. COX, No. 4593.

*Per Curiam:* The above cases from Allen district court are ·similar to *Larson v. Cox*, just decided; and upon the authority ·of that case, the judgments in these cases will be affirmed.